UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

Criminal No. 04-80177

v.

Honorable  Mark A. Goldsmith

D-2 VICTOR WILLIAMS,
D-3  BRANDON WILLIAMS,
D-5  RUKIYA CANNON,

    Defendants.

## MOTION AND ORDER TO DISMISS INDICTMENT

    The United States of America moves this Court for leave to dismiss the Indictment against D-2 VICTOR WILLIAMS, D-3 BRANDON WILLIAMS, and D-5 RUKIYA CANNON, in the above-entitled case for the reason that the ends of justice would best be served by this dismissal.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*s/KEVIN M. MULCAHY Signature*
KEVIN M. MULCAHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Kevin.mulcahy@usdoj.gov
(313) 226- 9173

*s/With Consent of Barbara L. McQuade*
Barbara L. McQuade
United States Attorney

Dated:  November 20, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-2 VICTOR WILLIAMS,
D-3 BRANDON WILLIAMS,
D-5 RUKIYA CANNON.

    Defendants.

Criminal No. 04-80177

Honorable Mark A. Goldsmith

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against D-2 VICTOR WILLIAMS, D-3 BRANDON WILLIAMS and D-5 RUKIYA CANNON.

Accordingly, IT IS HEREBY ORDERED that the Indictment against these defendants be dismissed, and that defendants' appearance bonds, if any, be canceled.

Dated: November 21, 2014
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2014.

                                         s/Johnetta M. Curry-Williams
                                         JOHNETTA M. CURRY-WILLIAMS
                                         CASE MANAGER